# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON LIVAS, RICHARD BUSWELL, DEWAYNE CORBETT, JOHNNY SMITH, CARLOS LORENZO MARTIN, and GAINES ANDREWS, on behalf of themselves and those similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>RODNEY MYERS, warden of Oakdale Federal Correctional Institutions; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities,<br><br>*Respondents* | Case No.<br><br>**Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief**<br><br>**Class Action**<br><br>**IMMEDIATE RELIEF SOUGHT** |

## DECLARATION OF SOMIL TRIVEDI

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. My name is Somil Trivedi. I am a Senior Staff Attorney for the American Civil Liberties Union and am counsel for the Petitioners in this case. I make this declaration in support of Petitioners' Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief.

2. Attached hereto are true and correct copies of the following materials, identified as numbered exhibits in the Petition:

Ex. 1:   Declaration of Joe Goldenson, MD

Ex. 2:   Declaration of Richard Buswell

Ex. 3:   Declaration of Gaines Andrews

Dated:   April 6, 2020    */s/ Somil Trivedi*
                          Somil Trivedi