# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON LIVAS, RICHARD BUSWELL, DEWAYNE CORBETT, JOHNNY SMITH, CARLOS LORENZO MARTIN, and GAINES ANDREWS, on behalf of themselves and those similarly situated,<br><br>     *Petitioners*,<br><br> v.<br><br>RODNEY MYERS, warden of Oakdale Federal Correctional Institutions; and MICHAEL CARVAJAL, Federal Bureau of Prisons Director, in their official capacities,<br><br>     *Respondents*. | Case No. 2:20-cv-00422<br><br>**Petition for Writ of Habeas Corpus, Injunctive, and Declaratory Relief**<br><br>**Class Action**<br><br>**IMMEDIATE RELIEF SOUGHT** |

## MOTION TO APPEAR PRO HAC VICE

  In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs in the above-captioned action.

  I am ineligible to become a member of this court but am a member in good standing of the District of Columbia Bar. Attached hereto is a certificate of good standing from the District of Columbia Bar. Due to COVID-19, the certificate of good standing is an electronic copy as all printed orders have temporarily been suspended.

  Payment of the applicable fee of $105 is made via the Court's electronic filing system using Pay.gov.

  I have no disciplinary proceedings or criminal charges instituted against me.

  In accordance with the local rules for the United States District Court, Western District of Louisiana, Bruce Hamilton of the ACLU Foundation of Louisiana is appointed local counsel.

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgements and orders to me under Fed. R. Civ. P. 77 and LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software ("Spam" filters) may interfere with the receipt of email notices and have verified that any such software installed on my computer or network will not filter messages sent from Clerk@law.uscourts.gov. I understand that this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

/s/ Jennifer Wedekind
Jennifer Wedekind
ACLU National Prison Project
915 15th Street NW
Washington, DC 20005
Telephone: (202) 548-6610
jwedekind@aclu.org

Respectfully submitted,

/s/ Bruce Hamilton
Bruce Hamilton, La. Bar No. 33170
Katie M. Schwartzmann, La. Bar No. 30295
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile:(504) 613-5611
kschwartzmann@laaclu.org

**CERTIFICATE OF SERVICE**

I have filed a copy of the foregoing in the Court's CM/ECF system which will automatically provide notice to all counsel of record.

/s/ Bruce Hamilton
Bruce Hamilton