# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRANDON LIVAS,** *ET AL.* | ) | CIVIL ACTION NO.   20-cv-00422 |
| | ) | |
| **VERSUS** | ) | JUDGE DOUGHTY |
| | ) | |
| **RODNEY MYERS,** *ET AL.* | ) | MAGISTRATE JUDGE KAY |
| | ) | |

## RESPONDENTS' MOTION TO DISMISS

**NOW COME** Respondents[1], Rodney Myers, Warden of Oakdale Federal Correctional Institutions and Michael Carvajal, Federal Bureau of Prisons Director, in their official capacities, by and through David C. Joseph, United States Attorney for the Western District of Louisiana, and Karen J. King, Assistant United States Attorney, and respectfully move this Court to dismiss the Petitioners' original Petition for Writ of Habeas Corpus, Injunctive, and Declaratory Relief, for lack of subject matter jurisdiction, or alternatively, for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), and as more fully explained in the Memorandum in Support filed simultaneously herewith.

                Respectfully Submitted,

                DAVID C. JOSEPH
                UNITED STATES ATTORNEY

BY:   *s/ Karen J. King*
        KAREN J. KING (#23508)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana   70501
        Telephone:   (337) 262-6618
        Facsimile:    (337) 262-6693
        Email:        karen.king@usdoj.gov

---

[1] As April 15, 2020, Counsel for Respondents has been unable to verify that service of the petition has been properly made pursuant to Rule 4(i), FED.R.CIV.P.