UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BRANDON LIVAS, ET AL.** | **CIVIL ACTION NO. 2:20-CV-00422** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RODNEY MYERS, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondents' Motion to Dismiss is GRANTED IN PART and DENIED IN PART AS MOOT. To the extent that Respondents' move to dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction, the motion is GRANTED, and Petitioners' Complaint is DISMISSED WITH PREJUDICE. To the extent that Respondents moved to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, the Court has not reached those arguments, and the motion is DENIED AS MOOT.

MONROE, LOUISIANA, this 22nd day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE